IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL BROOM COMPANY OF CALIFORNIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> BROOKSTONE COMPANY, INC., <br><br> Defendant. | No. C 09-00959 JSW <br><br> **ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on August 7, 2009 on Defendant Brookstone Company's motion for stay of proceedings. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than July 1, 2009 and a reply brief shall be filed by no later than July 9, 2009.

Plaintiff National Broom Company of California ("National Broom Co.") has also noticed a motion for an order enjoining or staying another proceeding and set that motion for hearing on August 21, 2009. The Court finds this motion essentially the flip side of the pending motion to stay. The Court HEREBY VACATES the hearing on National Broom Co.'s motion and will reset such motion, if necessary.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order

demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: June 17, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE